# Exhibit A

## MASTER LIST OF PLAINTIFFS

| LAST NAME | FIRST NAME | STATE OF RESIDENCE | HATTIESBURG PROPERTY DAMAGED |
|---|---|---|---|
| ABNER | DOROTHY | MS | 408 CLARK ST |
| ABRAMS | JERRY | MS | 111 ST JOSEPH ST |
| ALLEN | MAGGIE | MS | 910 WEDGEWOOD DR |
| ALLEN | MARILYN | MS | 1112 SOUTHERN AVE |
| ALLEN | QUEEN | MS | 103 CITY PARK CIR |
| ALLEN | REMUS | MS | 729 NORTHHILL DR |
| ALLEN | WILLIE | MS | 401 COLUMBIA ST |
| ALLEN | SARAH | MS | 726 NORTH 19TH AVE |
| ALTERBERRY | EVA L | MS | 611 MEMPHIS ST |
| ALTERBERRY | EVA L | MS | 613 MEMPHIS ST |
| ALTERBERRY | EVA L | MS | 614 MEMPHIS ST |
| AMERSON | BELINDA | MS | 909 ATLANTA ST |
| AMERSON | JOE | MS | 915 ATLANTA ST |
| AMERSON | JOE | MS | 917 ATLANTA ST |
| ANDERSON | KAREN ANN | MS | 521 NEW ORLEANS ST |
| ARNOLD | PERRY | MS | 1519 NORTH MAIN |
| ARNOLD | PERRY | MS | 1521 NORTH MAIN |
| ATKINS | CAROLYN S | MS | 714 EAST FRONT ST |
| ATKINS | EDNA | MS | 718 NORTHHILL DR |
| BARBER | QUISHANDA | MS | 104 CHICKSAW DR |
| BARNES | HENRY | MS | 1003 SCOTT ST |
| BARNES | KONTRINA | MS | 604 PHOENIX CIR |
| BARNES | ROSCOE | MS | 712 MEMPHIS ST |
| BARNES | WILLIE NELL | MS | 600 WEST 4TH ST |
| BARNETT | ALBERT L | MS | 700 MONROE RD |
| BARNETT | ALBERT L | MS | 120 MIXON ST |
| BARNETT | ALBERT L | MS | 124 MIXON ST |
| BARNETT | ALBERT L | MS | 206 MIXON ST |
| BARNETT | ALBERT L | MS | 1ST LOT ON MATTHEWS |
| BARNETT | ALBERT L | MS | 2ND LOT ON MATTHEWS |
| BARNETT | PERRY | MS | 206 MIXON ST |
| BARNETT | PERRY | MS | 209 WEST 5TH ST |
| BASS | ANNIE L | MS | 707 ARLEDGE ST |
| BATES | CARLEE | MS | 404 OLIVER AVE |
| BEARD | CYNTHIA | TX | 136 WEST 8TH STREET |
| BEARD | CYNTHIA | TX | 1300 CEDAR ST |
| BECKUM | MAMIE LEE | MS | 220 W 7TH ST |
| BERRY | WALLACE | MS | 406 EAST 7TH ST |
| BESTER JR | JOHN H | MS | 504 EAST 9TH ST |
| BETTS | BRUCE | MS | 220 MIXON ST |
| BETTS | ESTELLE | MS | 220 MIXON ST |

EXHIBIT A

| LAST NAME | FIRST NAME | STATE OF RESIDENCE | HATTIESBURG PROPERTY DAMAGED |
|---|---|---|---|
| BEUATIFUL ZION | CHURCH | MS | 454 WEST 4TH ST |
| BLAKELY | DWIGHT | MS | 5132 HWAY 42 |
| BLAKELY | GERALDINE | MS | 120 MIXON ST |
| BLAKLEY | BEVERLY | MS | 120 MIXON ST |
| BLALOCK | ROBERT | MS | 606 BROAD ST |
| BLAYLOCK | DONTA | MS | 538 N 19TH AVE |
| BOGAN | PHYLLIS | MS | 309 EMERSON |
| BOHANNA | OLLIE B | MS | 510 COLUMBIA ST |
| BOLDEN | ANNIE | MS | 304 MCSWAIN ST |
| BOLTON | SALLY | MS | 403 GENEVA ST |
| BOOTH | BRENDA | MS | 736 LONGSTREET DR |
| BOOTH | KATIE | MS | 108 E 8TH ST |
| BOOTH | LAIN | MS | 205 MATTHEWS ST |
| BOOTH | LEE | MS | 129 REDUS ST |
| BOWDEN III | ISAAC | MS | 211 DISIE AVE |
| BRADLEY | ZORANNA | MS | 700 WEST ST |
| BRAZILE | DALE | MS | 727 E 7TH ST |
| BRELAND | MARY H | MS | 124 EAST 8TH ST |
| BRELAND | MARY H | MS | 116 EAST 8TH ST |
| BRIDGES | DOROTHY | MS | 441 BUSHMAN |
| BRIDGES | MARSHA F | MS | 227 RAWLS AVE |
| BROOKS | RANDY | MS | 121 W 8TH ST |
| BROOKS | IVA | MS | 121 W 8TH ST |
| BROWN | CAROLYN | MS | 900 COIT ST |
| BROWN | FRANKCINE | MS | 700 1/2 BERNICE AVE |
| BROWN | FRANKCINE | MS | 507 KATIE ST |
| BROWN | LAMARCIA | MS | 908 NORTH 19TH AVE |
| BROWN | MARY R. | MS | 116 EUPORA ST |
| BROWN | NELLIE | MS | 1408 DEWEY ST |
| BUCKLEY | MAXINE F | MS | 617 DUKE AVE |
| BUCKLEY | SHERRY | MS | 2923 GLENN DR |
| BUIE | RONNIE L | MS | 201 CHICKASAW DR |
| BURKETTE | JENNA A | VA | 217 MIXON STREET |
| BUTLER | BOBBY | MS | 1914 FOWLER ST |
| BUTLER | CAROLYN | MS | 533 N 19TH AVE |
| BYRD | EILEEN B | MS | 610 CYPRESS AVE |
| CAMERON | CHARLES | MS | 1101-A SCOTT ST |
| CARR | BILLY | MS | 500 LAKE ST |
| CARSON | CARRIE | MS | 113 7TH ST |
| CARSON | ROBERT | MS | 106 SARATOGA CIR |
| CARTER | EARTHA | MS | 1112 SCOTT ST |
| CARTER | MANDY | MS | 108 EAST 7TH ST |
| CARTER | MATTIE | MS | 100 EAST 6TH ST |
| CHAPMAN | ROBERT | MS | 267 GRAVELINE ST |
| CHAPMAN | DOROTHY | MS | 267 GRAVELINE ST |

| LAST NAME | FIRST NAME | STATE OF RESIDENCE | HATTIESBURG PROPERTY DAMAGED |
|---|---|---|---|
| CLARK | TRAMILLA | MS | 538 N 19TH AVE |
| CLAYTON SR | EDDIE R | MS | 313 GENEVA ST |
| COLEMAN | JESSICA S | MS | 1414 DEWEY ST |
| COLEMAN | MARY B | MS | 400 E 8TH ST |
| COLEMAN | WILLIAM | MS | 409 OLIVER AVE |
| CONELY | ROBERT C/O KATE MCGEE | MS | 1208 COIT ST |
| CONLEY | MITCHELL | MS | 1005 SCOTT ST |
| CONNER | JOHN SYD | MS | 212 BROAD ST |
| CONNER | LULA | MS | 1811 CHOCTAW |
| COOK | JAMES | MS | 716 NORTHHILL DR |
| COOK | JOHN | MS | 1109 SCOTT ST |
| COOKS, JR | WILLIE | MS | 504 JULIAN ST |
| CRAFT | MARY ANN | MS | 106 MONTAGUE DR |
| CRAIG | JEANETTE | MS | 204 HALL AVE |
| CROSBY | ERASHONDA | MS | 120 MONTAGUE ST |
| CROSBY | EVA M | MS | 1005 GEORGE ALLEY |
| CROSBY JR | DANIEL | MS | 1005 GEORGE ALLEY |
| CULLOP-HUDSON | FRANCES | MS | 708 ALPHA ST |
| CULLOP-HUDSON | FRANCES | MS | 710 ALPHA ST |
| CULLOP-HUDSON | FRANCES | MS | 115 MABLE ST |
| CULLOP-HUDSON | FRANCES | MS | 116 MABLE ST |
| CULLOP-HUDSON | FRANCES | MS | 312 MABLE ST |
| CULLOP-HUDSON | FRANCES | MS | 141 W 5TH ST |
| CULLOP-HUDSON | FRANCES | MS | 205 WEST ST |
| CULLOP-HUDSON | FRANCES | **MS** | 810 SHORT KATIE ST |
| CULLOP-HUDSON | FRANCES | MS | 412 E 7TH ST |
| CULLOP-HUDSON | FRANCES | MS | 1412 SCOTT ST |
| CULLOP-HUDSON | FRANCES | MS | 702 GENEVA ST [4PLEX] |
| CULPEPPER | JOHN | MS | 405 DEARBORNE ST |
| CULPEPPER | JOHN | MS | EAST 7TH ST |
| CULPEPPER | JOHN | MS | SCOTT 5TH |
| CULPEPPER | KENYA | MS | 214 W 4TH ST |
| CURRY | JUANITA | MS | 114 EAST 7TH ST |
| CURRY | JUANITA | MS | 612 8TH ST |
| DALLAS | CEDRIC | MS | 403 COLUMBIA ST |
| DAMON | LUE | MS | 1ST LOT ON MATTHEWS ST |
| DAMON | LUE | MS | 2ND LOT ON MATTHEWS ST |
| DAVIS | JACQUELYN | MS | 908 FLOWERS ST  39401 |
| DILL | BIRDIE BELL | MS | 512 COLUMBIA ST |
| DILL | LARRY | MS | 412 S 13TH AVE |
| DIXON JR | GEORGE R | MS | 700 1/2 BERNICE ST |
| DIXON | SANDRA | MS | 936 6TH ST |
| DIXON | TROY | MS | 729 LONGSTREET DR |
| DIXON | VANEL L | MS | 934 6TH ST |

| LAST NAME | FIRST NAME | STATE OF RESIDENCE | HATTIESBURG PROPERTY DAMAGED |
|---|---|---|---|
| DONALD | BARRY | MS | 117 CRESENT DR |
| DONALD | BARRY | MS | 803 MOBILE ST |
| DONALD | JOHNNIE | MS | 1909 CHOCTAW ST |
| DOWNS | CAROLYN | MS | 1502 WEST 7TH ST |
| DUCKSWORTH | EMANUEL | MS | 102 CHICKASAW DR |
| DUCKSWORTH | EMANUEL | MS | 102 CHICKASAW DR |
| DUCKSWORTH | GAIL | MS | 1208 ALLEN STREET |
| DUCKSWORTH | GAIL | MS | 1208 ALLEN STREET |
| DUCKWORTH | MARY | MS | 502 WEST 7TH ST |
| DUKES | GAYLA | MS | 103 N 11TH AVE |
| DUNCAN | BESSIE | MS | 509 EAST 6TH ST |
| DUNCAN | GEORGE | MS | 1008 ALLEN ST |
| EDWARDS | ELIZABETH | MS | 712 NORTHHILL DR |
| EDWARDS | JEFFREY | MS | 715 9TH ST |
| EDWARDS | JEFFREY | MS | 804 FAIRLEY ST |
| ELLEDGE | MARTHA | MS | 1110 SOUTHERN AVE |
| ELLIS | EDDIE | MS | 14 SILVER LEAK DR |
| ESTERS | MARY ANNETTE | MS | 1203 SCOTT ST |
| EVANS | DELORIS | MS | 118 MIDWAY AVE |
| EVERHART | JERRY | MS | 204 MIXON ST |
| FAIRLEY | AVALINE | MS | 115 TOWNSEND ST |
| FELTS | THOMAS | MS | 612 MELBA AVE |
| FENTON | ROYAL | MS | 106 WEST 3RD ST |
| FLOYD | EDWARD | MS | 512 CLARK ST |
| FLOYD | LUCILLE | MS | 1018 GRAVELINE RD |
| FLOYD | LUCILLE | MS | 1124 ALLEN ST |
| FLUKER | ALICE H | MS | 1603 WEST 7TH ST |
| FLUKER | JAMES | MS | 913 NORTH 37TH AVE |
| FLUKER | JAMES | MS | LOT 519 NEW ORLEANS |
| FLUKER | PEGGY | MS | 105 CHICKASAW DR |
| FORD | ANNIE K | MS | 1409 CONCOURT ST |
| FREEMAN | ALICE | MS | 706 NORTHHILL DR |
| FREEMAN | CATHERINE | MS | 314 W 7TH ST |
| FREEMAN | JIMMY | MS | 1715 WEST 7TH ST |
| FULLILOVE | RAY | MS | 1418 KENNARD ST |
| GADDIS | HERBERT | MS | 102 LOCKSLEY CIR |
| GADDIS | R . L. | MS | 214 W 7TH ST |
| GADDIS | RAY C | MS | 214 GAMBLE ST |
| GAINES | LEE ANDREW | MS | 400 CLARK ST |
| GAMBLE | VERNELL | MS | 115 ROBERTS ST |
| GARRAWAY | REVERTA | MS | 216 EAST 4TH ST |
| GEORGIAN | ANN | MS | 306 MAMIE ST |
| GEORGIAN | ANN | MS | 520 COLUMBIA |
| GEORGIAN | ANN | MS | 103 BROAD ST |
| GEORGIAN | ANN | MS | 306 EAST 2ND |

| LAST NAME | FIRST NAME | STATE OF RESIDENCE | HATTIESBURG PROPERTY DAMAGED |
|---|---|---|---|
| GEORGIAN | ANN | MS | 308 EAST 2ND |
| GEORGIAN | ANN | MS | 310 EAST 2ND |
| GEORGIAN | ANN | MS | 312 EAST 2ND |
| GEORGIAN | ANN | MS | 137 NEW ORLEANS ST |
| GEORGIAN | ANN | MS | CORNER LOT OF 2ND AND N ORLEANS ST |
| GEORGIAN | GUS | MS | 313 MABLE ST |
| GEORGIAN | GUS | MS | 315 MABLE ST |
| GEORGIAN | GUS | MS | 308 MABLE ST |
| GEORGIAN | GUS | MS | 105 BROAD ST |
| GEORGIAN | GUS | MS | 104 EAST FRONT ST |
| GIBSON | LAKESHIA | MS | 329 EAST 7TH ST |
| GIBSON JR | JACKSON | MS | 1007 GENEVA ST |
| GIBSON JR | JACKSON | MS | 1007 SCOTT ST |
| GIBSON JR | JACKSON | MS | 1213 SCOTT ST |
| GIBSON JR | JACKSON | MS | 1211 SCOTT ST |
| GIBSON JR | JACKSON | MS | 1215 SCOTT ST |
| GRAHAM | MARY | MS | 713 JOHN ST |
| GRAVES | GARY | MS | 116 W 8TH ST |
| GRAVES | MICHAEL C | MS | 704 CYPRESS ST |
| GRAVES | MICHAEL C | MS | DEWEY ST |
| GRAVES | MICHAEL C | MS | MEMPHIS ST |
| GRAY | JAMES E | MS | 1108 COIT ST |
| GRAYSON | PAMELA | MS | 715 7TH ST |
| GRIFFIN | CARLOS R | MS | 716 MEMPHIS ST |
| GRIFFIN | OTIS | MS | 1233 NORTH MAIN |
| HALL | REBECCA | MS | 912 N 36TH AVE |
| HALL JR | HOLLIS | MS | 1202 NORTH 25TH AVE |
| HAMILTON | ROBBIE | NJ | 1010 GENEVA ST |
| HAMILTON | ROBBIE | NJ | 1011 GENEVA ST |
| HAMPTON | ROSEZELLAR | MS | 116 MIDWAY AVE |
| HAMPTON | SEAN | MS | 117 WEST 8TH ST HOUSE #1 |
| HAMPTON | SEAN | MS | 118 WEST 8TH ST HOUSE #2 |
| HARGROVE | HALLIE | MS | 108 MELWOOD DR |
| HARRIS | CONNIA | MS | 317 LAKEWOOD LOOP |
| HARRIS | HARVELL JR | MS | 7th ST //HWY 42 |
| HARRIS | JEANETTE | MS | 214 GAMBLE ST |
| HARRIS | MARILYN F | MS | 818 GRACE AVE |
| HARRIS | ROBERT EARL | MS | 400 CLARK ST |
| HARRIS | WELTON | MS | 725 LONGSTREEET DR |
| HATHORN | DAISEY LEE | MS | 401 MABLE ST |
| HATHORN | WALTER | MS | 205 E 8TH ST |
| HAWARD | BARBARA | MS | 114 8TH ST |
| HAWTHORNE | KATHERINE | MS | 203 COLUMBIA ST |
| HENLY | SEVERIA F | MS | 106 LOCKSLEY CIR |
| HERNANDEZ | DARLENE H | MS | 1216 ALLEN ST |

| LAST NAME | FIRST NAME | STATE OF RESIDENCE | HATTIESBURG PROPERTY DAMAGED |
|---|---|---|---|
| HERNANDEZ | DARLENE H | MS | 403 GENEVA ST /ANDERSON LOT |
| HERNANDEZ | DARLENE H | MS | 1220 ALLEN/303 KINNARD |
| HERNANDEZ | DARLENE H | MS | 901 WEDGEWOOD DR |
| HIBBLER | NATHANIEL | MS | 608 MAGNOLIA AVE |
| HIBBLER | NATHANIEL | MS | 408 MOBILE ST |
| HIBBLER | NATHANIEL | MS | 115 MELWOOD DR |
| HIBBLER | NATHANIEL | MS | 100 SOUTH ST |
| HIBBLER | NATHANIEL | MS | 100 1/2 SOUTH ST |
| HIBBLER | NATHANIEL | MS | 547 NORTH ST |
| HIBBLER | NATHANIEL | MS | 545 NORTH ST |
| HICKS | ANTONETTE | MS | 720 LONGSTREET DR |
| HILL | J. P. | MS | 413 S 13TH AVE |
| HILTON | BARBARA | MS | 205 COLUMBIA ST |
| HILTON | BARBARA | MS | 205 COLUMBIA ST |
| HILTON | LOUIS | MS | 130 EAST 9TH ST |
| HILTON | LOUIS | MS | 130 EAST 9TH ST |
| HINES | JERRY JOE | MS | 657 4TH ST |
| HINTON | JESSICA | MS | 422 WEST 4TH ST |
| HINTON | JOHN H | MS | 118 8TH ST |
| HINTON | PAMELA | MS | 106 MELWOOD DR |
| HINTON | ROBERT LEE | MS | 910 QUINN ST |
| HOARD | DANA Y | MS | 721 NORTHHILL DR |
| HOARD | ERICA | MS | 120 MIDWAY AVE |
| HOARD | SAMUEL | MS | 202 CHICKASAW DR |
| HOLDER | ESTINA | MS | 100 CHICKASAW DR |
| HOLLINGS-PETERSON | LENICIA S | MS | 1619 7TH ST |
| HOLLOWAY | EDDIE A | MS | 904 MOBILE ST |
| HOLLOWAY | EDWARD J | MS | 5130 HWAY 42 BYPASS |
| HOLLOWAY-SMITH | LUCY | MS | 412 4TH ST |
| HOLLOWAY-SMITH | LUCY | MS | 611 MEMPHIS ST |
| HOLMES | BOOKER | MS | 1004 EAST 6TH ST |
| HONEYSUCKER | JAMES M | MS | 727 GRACE AVE |
| HOPKINS, SR | CHESTER | MS | 384 EATONVILLE RD |
| HOPSON | LARRY | MS | 715 ATLANTA ST |
| HORTON | ALFREDA | MS | 908 QUINN |
| HOSEY | WIHLEMENIA | MS | 6009 MEADOW LANE DR |
| HOWARD | BARBARA | MS | 106 OLIVER AVE |
| HOWZE | JERRY | MS | 1119 SCOTT ST |
| HUDSON | BEN | MS | 2209 GLENDALE AVE |
| HUDSON | BEN | MS | 106 LAKEWOOD |
| HUDSON | BEN | MS | 33 COLLINS ROAD |
| HUDSON | BEN | MS | 1205 KINNARD ST |
| HUDSON | BEN | MS | 1109 CHERRY ST |
| HUDSON | BEN | MS | 208 MAGNOLIA AVE |
| HUDSON | BEN | MS | 1819 EVA ST |

| LAST NAME | FIRST NAME | STATE OF RESIDENCE | HATTIESBURG PROPERTY DAMAGED |
|---|---|---|---|
| HUDSON | BEN | MS | 1900 MAMIE ST |
| HUDSON | BEN | MS | 218 S 23RD AVE |
| HUDSON | BEN | MS | 415 S 22ND AVE |
| HUDSON | BEN | MS | 210 W 5TH ST |
| HUDSON | BEN | MS | 401 BROAD ST |
| HUDSON | BEN | MS | 414 RONIE ST |
| HUDSON | BEN | MS | 100 RAINBOW CIRCLE |
| HUDSON | BEN | MS | 1500 W 7TH ST |
| HUDSON | BEN | MS | 1706 MABLE ST |
| HUDSON | BEN | MS | 1407 MAIN ST |
| HUDSON | BEN | MS | 605 MARTIN LUTHER |
| HUDSON | BEN | MS | 707 GREELY ST |
| HUDSON | BEN | MS | 704 MYRTLE ST |
| HUDSON | BEN | MS | 1101 VIRGINIA DR |
| HUDSON | BEN | MS | 411 N 19TH AVE |
| HUDSON | BEN | MS | 515 N 19TH AVE |
| HUDSON | BEN | MS | 315 BOWLING ST |
| HUDSON | R. ANN | MS | 401 S 23RD AVE |
| HUDSON | R. ANN | MS | 128 WEST 8TH ST |
| HUDSON | R. ANN | MS | 300 WEST 4TH ST |
| HUDSON | R. ANN | MS | 122 WEST 4TH ST |
| HUDSON | R. ANN | MS | 114 WEST 4TH ST |
| HUDSON, JR | ALCUS RAY | MS | 543 WEST 4TH ST |
| HUDSON, JR | ALCUS RAY | MS | 441 WEST 4TH ST |
| HUDSON, JR | ALCUS RAY | MS | 401 NORTH ST |
| HUDSON, JR | ALCUS RAY | MS | 310 MABLE ST |
| HUDSON, JR | ALCUS RAY | MS | 133 WEST 5TH ST |
| HUDSON, JR | ALCUS RAY | MS | 103 WEST 5TH ST |
| HUDSON, JR | ALCUS RAY | MS | 117 COLLEGE ST |
| HUDSON, JR | ALCUS RAY | MS | 1131 HARDY ST |
| HUDSON, JR | ALCUS RAY | MS | 114 GENEVA ST |
| INGRAM | JOHNNIE | MS | 115 ROBERTS ST |
| JACKSON | ANDREW J | MS | 137 E 7TH ST |
| JACKSON | CHARLES | MS | 601 E 9TH ST |
| JACKSON | CHARLES | MS | 913 FAIRLEY ST |
| JACKSON | ELISHA | MS | 409 MABLE ST |
| JACKSON | EMMA | MS | 114 MIXON ST |
| JACKSON | SANDRIS E | MS | 133 EAST 9TH ST |
| JACKSON | SHERRY | MS | 804 LONG ST |
| JACKSON | TONY | MS | 604 NEW ORLEANS ST |
| JACKSON | WAYMAN | MS | 607 NORTH ST |
| JENKINS | WILLIE R | MS | 1307 DEWEY ST |
| JENKINS | ZELLA | MS | 109 COLUMBIA ST |
| JOHNSON | CLEO | MS | 1908 CHOCTAW DR |
| JOHNSON | FRANKIE | MS | 19 FOREST DR |

| LAST NAME | FIRST NAME | STATE OF RESIDENCE | HATTIESBURG PROPERTY DAMAGED |
| --- | --- | --- | --- |
| JOHNSON | FRANKIE | MS | 120 MIDWAY AVE |
| JOHNSON | JERRY L | MS | 611 DEARBORNE ST |
| JOHNSON | JUANITA | MS | 418 7TH ST |
| JOHNSON | PEARLIE D | MS | 105 COLUMBIA ST |
| JOHNSON | SHERRY B | MS | 908 FLOWER ST |
| JOHNSON III | JOHN H | MS | 123 MELWOOD DR |
| JOHNSON III | JOHN H | MS | 1123 SCOTT ST |
| JONES | BRIAN | MS | 532 MILLER ST |
| JONES | GENEVA | MS | 731 NORTHHILL DR |
| JONES | JAMES H. | MS | 704 BERNICE AVE |
| JONES | MARY P | MS | 816 GRACE AVE |
| JORDAN | THELMA | MS | 902 NORTH 19TH AVE |
| JORDAN | TONYA S | MS | 816 MYRTLE ST |
| JORDAN | VESTA E | MS | 720 E 7TH ST |
| KELLY | CELIA | MS | 108 MONTAGUE ST |
| KENDRICK | DEBORAH | MS | 711 WEST 6TH ST |
| KEYES | ANITA (WILEY) | MS | 106 MONTAGUE |
| KIRKSEY | EDWARD | MS | 727 NORTHHILL DR |
| KIRKSEY | KEVIN | MS | 804 NORTHHILL DR |
| KIRKSEY | PAUL | MS | 723 NORTHHILL DR |
| KLARR | JULIA | MS | 1306 CONCART ST |
| KLARR | JULIA | MS | 1525 N MAIN ST |
| KLARR | JULIA | MS | 457 LAKE ST |
| KLARR | JULIA | MS | 438 MABLE ST |
| LADNER | DONNA | MS | 405 OLIVER AVE |
| LAMBERT | EBONY Y | MS | 1210 DEWEY ST |
| LANCASTER | MARIANNE | MS | 1701 7TH ST |
| LANCASTER | MARIANNE | MS | LOT 1 - 1 LANCASTER DR |
| LANCASTER | MARIANNE | MS | LOT 2 - 1 LANCASTER DR |
| LANCASTER | MARIANNE | MS | LOT 3 - 1 LANCASTER DR |
| LANCASTER | MARIANNE | MS | LOT 4 - 1 LANCASTER DR |
| LANDRUM | IRMA LEE | MS | 217 W 7TH ST |
| LAURENT | ASHTON | MS | 810 SOUTHERN AVE |
| LEE | ROY C | MS | 115 CITY PARK CIR |
| LEE | SHIRLEY | MS | 1101 SCOTT ST |
| LEGGETT | ETHEL | MS | 712 DABBS ST |
| LEGGETT | ETHEL | MS | 529 E 9TH ST |
| LEGGETT | JAMES H. | MS | 14 EAST SIDE AVE |
| LINDSEY | RALPH | MS | 701 WOODLAND COURT |
| LIVINGSTON | MARILYN C | MS | 118 RAWLS ST |
| LOCKE | DEBRA | MS | 409 COURT ST |
| LOPER | VONDA | MS | 1108 N MAIN ST |
| LOPER | VONDA | MS | 1406 N MAIN |
| LOPER | VONDA | MS | 107 MONTAGUE ST |
| LOPER | VONDA | MS | 705 MYRTLE ST |

| LAST NAME | FIRST NAME | STATE OF RESIDENCE | HATTIESBURG PROPERTY DAMAGED |
|---|---|---|---|
| LOVE | PERCY | MS | 516 NORTH ST |
| LUCKY | HENRY | MS | 715 WHITNEY ST |
| LYAS | MADRA K | MS | 109 NORTH AVE |
| MACK | SAMUEL | MS | 119 WEST 8TH ST |
| MACK JR | SAMUEL | MS | 119 WEST 8TH ST |
| MADDOX | MILDRED | MS | 1331 NORTH MAIN |
| MAGEE | ALISA | MS | 1021 GRAVELINE RD |
| MAGEE | DEON T | MS | 403 GENEVA ST |
| MAGEE | DESSIE REE | MS | 111 MELWOOD |
| MARSHALL | JOHNNIE MAE | MS | 711 MCKINLEY ST |
| MARSHALL | JOHNNIE MAE | MS | 1004 GEORGE ALLEN ST |
| MARSHALL | JOHNNIE MAE | MS | 120 CONTI ST |
| MARTIN | LEEOLA | MS | 454 COLUMBIA ST |
| MARTIN | LEEOLA | MS | 1020 DEWEY ST |
| MARTIN | JOYCE | MS | 109 MONTAGUE ST |
| MCCALL | ARETHA MAE | MS | 117 MONTAGUE ST |
| MCCARTY | CREOLA | MS | 409 4TH ST |
| MCCULLAN SR | DAVID | MS | 709 WALNUT ST |
| MCDONALD | ALMA | MS | 203 WEST 7TH |
| MCGEE | KATE | MS | 1208 COIT ST |
| MCGEE | KATE | MS | 1210 DEWEY ST |
| MCGEE | LILLIAN | MS | 816 ARNOLD ST |
| MCKEE | CATHERINE | MS | 101 SCOTT ST |
| MCKEE | CHARLOTTE D | MS | 714 GRACE AVE |
| MCKEE | CHARLOTTE D | MS | 609 MEMPHIS ST |
| MCKEE | FREDNA | MS | 1105 N 34TH ST |
| MCKEE | FREDNA | MS | 714 GRACE AVE |
| MCKEE | JEREMY | MS | 1105 N 34TH ST |
| MCKEE | JEREMY | MS | 714 GRACE AVE |
| MCLAURIN | SHAVAN | MS | 330 GULFPORT ST |
| MCNAIR | REBECCA | MS | 446 WEST 4TH ST |
| MCNEAL | BETTY ANN | MS | 302 BROAD ST |
| MCNEAL | DONNIE | MS | 117 LONG ST |
| MCNEAL | DONNIE | MS | 715 LONGSTREET DR |
| MCNEAL | MARY H | MS | 1204 NORTH 25TH AVE |
| MCNEAL | MARY H | MS | 120 W 8TH |
| MCSWAIN | ANITA | MS | 105 CHICKASAW DR |
| MCSWAIN | JANICE | MS | 201 MIXON ST |
| MEANS | FLORA | MS | 1009 SCOTT ST |
| MEGGS | LILLIE | MS | 106 WEST 3RD ST |
| MILLER | BEULAH | MS | 504 EAST 9TH ST |
| MILLER | DOROTHY H | MS | 541 19TH AVE |
| MINOR | ALICE | MS | 1206 SCOTT ST |
| MINOR | ALICE | MS | 1103 SCOTT ST |
| MINOR SR | ROBERT K | MS | 1122 MOBILE ST |

| LAST NAME | FIRST NAME | STATE OF RESIDENCE | HATTIESBURG PROPERTY DAMAGED |
|---|---|---|---|
| MOORE | CAROLYN | MS | 215 W 7TH ST |
| MOORE | JESSIE | MS | 802 MABLE ST |
| MOORE | MARIA | MS | 709 NORTHHILL DR |
| MOORE SR | HENRY | MS | 118 MIXON ST |
| MOSS | LISA | MS | 213 W 7TH ST |
| MYERS | BRENDA | MS | 609 MELBA AVE |
| MYERS | CYNTHIA K | MS | 703 DEARBORNE ST |
| MYERS | DONNA | MS | 1816 MABLE ST |
| MYERS | LINZIE | MS | 533 NORTH 19TH AVE |
| MYERS | MARY R | MS | 1800 MAMIE ST |
| NAYLOR | RUBY | MS | 1507 WEST 6TH STREET |
| NAYLOR SR | CLAUDE D | MS | 205 EUROPA ST |
| NELSON | PAULA | MS | 908 WEST 5TH ST |
| NEWSOME | REMADA | MS | 719 NORTHHILL DR |
| NEWSOME | STEVEN | MS | 1101 E LAUREL AVE |
| NICHOLSON | KASSANDRA | MS | 1206 DEWEY ST |
| PALMER | MAMIE S. M. | MS | 1102 DEWEY ST |
| PATTERSON | TAMIRICA | MS | 904 NORTH 19TH AVE |
| PAYTON JR | DEREK | MS | 1125 MOBILE ST |
| PHELPS | STEVEN | MS | 104 SOUTHLAKE DR |
| PILMER | EDWIN H | MS | 303 BROAD ST |
| PITTMAN | JAIDYN | MS | 7 GILCHRIST LANDING |
| PITTMAN | JIMMY R | MS | 1816 MABLE ST |
| POLLARD | BRENDA LEE | MS | 300 WILLIAMS ST |
| PONDER | MATTIE L. | MS | 810 GRACE AVE |
| POPE | ANNIE | MS | 711 GRACE AVE |
| POPE | ANNIE | MS | 327 E 7TH |
| POPE | ANNIE | MS | 721 NEW ORLEANS ST |
| PORTIS | JANINA | MS | 113 W 8TH ST |
| POWE | LILLIAN D | MS | 509 XAVIER ST |
| POWELL | ROY | MS | 821 MOBLE ST |
| RANDOLPH | JOYCE | MS | 722 NORTH 19TH AVE |
| RANKIN | C L | MS | 116 MIXON ST |
| RASULALLAH | ABDUL H | MS | 1210 COIT ST |
| REED | CAROLYN | MS | 806 GRACE AVE |
| REID | LUTHER | MS | 635 MILTON BARNES AVE |
| REID | LUTHER | MS | 508 EAST 9TH ST |
| REID | LUTHER | MS | 308 WEST 7TH ST |
| ROBERTS | LAMAR | MS | 1506 N MAIN ST |
| ROBERTS | MECEIA | DC | 204 MATTHEWS ST |
| ROBERTSON SR | DANIEL T | MS | 919 E LAUREL AVE |
| ROBINSON | DOUGLAS | MS | 700 W 6TH ST |
| ROBINSON | SIDNEY | MS | 700 MYRTLE ST |
| ROGERS | CHARLES | MS | 313 W 4TH ST |
| SATCHER | JOHN | MS | 102 7TH ST |

| LAST NAME | FIRST NAME | STATE OF RESIDENCE | HATTIESBURG PROPERTY DAMAGED |
|---|---|---|---|
| SAUCIER | JOSEPH | MS | 711 NORTHHILL DR |
| SAUCIER | MARTINEZ | MS | 711 NORTHHILL DR |
| SCARBROUGH | BEVERLY J | MS | 906 WEDGEWOOD DR |
| SCOTT | DERRICKA | MS | 715 QUINN ST |
| SCOTT | DERRICKA | MS | 296 OLIVER AVE |
| SCOTT | DOTTIE | MS | 1807 CHOCTAW DR |
| SHAHEED | AKBAR | MS | 1303 BERNARD ST |
| SHAHEED | AKBAR | MS | 111 WEST 7TH |
| SHAHEED | AKBAR | MS | 900 COIT ST |
| SHELBY | TRACY | MS | 714 LONGSTREET DR |
| SHOJI | KATHY | MS | 116 BROADWAY DR |
| SHOJI | KATHY | MS | 209 1ST AVE |
| SHORT | MILDRED | MS | 105 SOUTH NEW DR |
| SIMON | EULA MAE | MS | 1504 N MAIN ST |
| SIMPSON | VITO | MS | 719 LONGSTREET DR |
| SIMPSON | KATHRYN | MS | 804 WHITNEY ST |
| SIMPSON-HAMILTON | WAUDELL | MS | 1211 SCOTT DR |
| SINGLETON | LASHUN | MS | 906 NORTH 19TH AVE |
| SMITH | L B | MS | 145 EAST 10TH ST |
| SMITH | OLIVIA | MS | 804 WHITNEY ST |
| SMITH | RAY A | MS | 524 EAST 6TH ST |
| SMITH | ROSIE | MS | 1910 CHOCTAW AVE |
| SMITH | SANDRA | MS | 110 W 8TH ST |
| SMITH | THOMAS | MS | 115 MOBILE ST |
| SMITH | VALERIA | MS | 726 LONGSTREET DR |
| SMITH | VAN | MS | 540 NORTH 19TH AVE |
| SMITH | WILLIE LEE | MS | 708 BERNICE AVE |
| STAFFORD | CLAUDE | MS | 1015 LAKEVIEW RD |
| STAFFORD | MARGARET | MS | 1015 LAKEVIEW RD |
| STENSON | TRACIE | MS | 1605 WEST 7TH ST |
| STEVENSON | EDNA F | MS | 327 VENTIAN WAY |
| STEWART | CALLIE M | MS | 513 1/2 NORTH ST |
| STEWART | LIZZIE | MS | 408 EASTSIDE AVE |
| STEWART | RODRICK | MS | 709 QUINN ST |
| STEWART | ESSIE D. W. | MS | 216 J.D. RANDOLPH ST |
| STEWART | RODERICK | MS | 419 SOUTH 13TH AVE |
| STOKES | ALBERTA | MS | 703 ELLIS AVE |
| STONE | RITA | MS | 211 CHICKASAW DR |
| STONE JR | RICHARD C | MS | 103 CHICKASAW DR |
| STRICKLAND | MARY | MS | 303 VENITIAN WAY |
| SUMRALL | STEVE | MS | 116 7TH ST |
| SYKES | PAUL | MS | 911 N MAIN ST |
| TATUM | WILLIE P | MS | 405 MILLER ST |
| TAYLOR | WILLIAM T | MS | 440 WEST 4TH ST |
| THOMAS | DIANE | MS | 440 WEST MOYS AVE |

| LAST NAME | FIRST NAME | STATE OF RESIDENCE | HATTIESBURG PROPERTY DAMAGED |
|---|---|---|---|
| THOMAS | GERALD R | MS | 812 QUINN ST |
| THOMAS | JOHNNY | MS | 206 W 7TH ST |
| THOMAS | REGINALD | MS | 612 EAST 8TH ST |
| THOMAS | SARAH | MS | 328 N 18TH AVE |
| THOMPKINS | ORA | MS | 207 HUTCHINSON AVE |
| THOMPSON | ERMA L | MS | 1000 MOBILE ST |
| THURMOND | JAMES | MS | 1905 CHOCTAW ST |
| TISDALE | NANCY R | MS | 300 CONTI ST |
| TOWNES | LARRY | GA | 1104 SCOTT ST |
| TRAVIS | EVELYN | MS | 5136 HWAY 42 BYPASS |
| VAN-ORSDOL | JAY | MS | 418 DABBS ST |
| VARNADO | GWEN | MS | 208 WEST 5TH ST |
| WALKER | GENNIE | MS | 1020 FAIRLEY ST |
| WALKER | PRISCILLA | MS | 3 GLENDALE GARDEN |
| WALKER | WILLIE B | MS | 104 CAPITOL ST |
| WARE | HARVEY | MS | 1104 WEST 5TH ST |
| WARE | SANDRA | MS | 924 WEST 5TH ST |
| WARREN | DOROTHY | MS | 915 WHITNEY ST |
| WARREN | DOROTHY | MS | 525 E 9TH ST |
| WATSON | ALVIN | MS | 630 COLUMBIA ST |
| WATTS | ELLISTINE | MS | 402 EASTSIDE AVE |
| WATTS | JAMES | MS | 204 W 7TH ST |
| WATTS | WANDA | MS | 507 MILLER ST |
| WHIGHAM | OLLIE | MS | 605 CYPRESS ST |
| WHITE | JOHN R | MS | 734 NORTHHILL DR |
| WHITE | RITA | MS | 5128 HWY 42 BYPASS |
| WHITSETT | SARETHA | MS | 109 OLIVER AVE |
| WILEY | LILLIE T | MS | 102 WEST 3RD ST |
| WILKS | PEARLIE MAE | MS | 200 CHICKASAW DR |
| WILLIAMS | BRENDA J | MS | 718 A GRACE AVE |
| WILLIAMS | CAROLYN Q. | MS | 1302 NORTH MAIN ST |
| WILLIAMS | DEMETRICE W | MS | 119 RAWLS AVE |
| WILLIAMS | DOROTHY | MS | 703 MEMPHIS ST |
| WILLIAMS | DURNITA | MS | 113 OLIVER AVE |
| WILLIAMS | EDDIE | MS | 816 MOBILE ST |
| WILLIAMS | EDDIE | MS | 810 MOBILE ST |
| WILLIAMS | EDDIE | MS | 103 INDEPENDENT ST |
| WILLIAMS | IRENE F | MS | 301 JD RANDOLPH ST |
| WILLIAMS | MARY E | MS | 510 EAST 10TH ST |
| WILLIAMS | MINNIE | MS | 1609 WEST 7TH ST |
| WILSON | CHERYL | MS | 707 NORTH HILL DR |
| WILSON | ELIZABETH | MS | 511 HALL AVE |
| WILSON | MARK | MS | 1809 CHOCTAW ST |
| WOODS | VAUGHNCEIL | MS | 825 MOBILE ST |
| WOODY | ARLISA | MS | 700 DUANE ST |

| LAST NAME | FIRST NAME | STATE OF RESIDENCE | HATTIESBURG PROPERTY DAMAGED |
|---|---|---|---|
| WRIGHT | PATSY NELL | MS | 810 WHITNEY ST |
| WRIGHT | TIFFANY | MS | 100 PAWNEE CIR |
| YOUNG | GRACIE LEE | MS | 131 ROBERT ST |