IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

DOROTHY ABNER, ET AL.                                                                PLAINTIFFS

V.                                                                          NO. 2:14-cv-63-KS-MTP

HERCULES, INC.                                                                       DEFENDANT

## MOTION TO WITHDRAW AS COUNSEL

Michael V. Bernier of Baker, Donelson, Bearman, Caldwell & Berkowitz, PC, one of the attorneys for Hercules Incorporated ("Hercules"), moves to withdraw as counsel for Hercules. As Hercules' other attorneys at Baker, Donelson, Bearman, Caldwell & Berkowitz, PC, will remain as counsel, there will be no prejudice to the Plaintiffs nor detriment to Hercules. Due to the nature of this Motion, Hercules respectfully requests the Court waive Uniform Local Rule 7.2's requirement of a separate memorandum of authorities.

This the 3rd day of January, 2017.

Respectfully submitted,

HERCULES INCORPORATED

By Its Attorneys,

BAKER, DONELSON, BEARMAN,
 CALDWELL & BERKOWITZ, PC

By:  *s/Michael V. Bernier*
         MICHAEL V. BERNIER

Richard F. Yarborough, Jr. (MS Bar No. 6628)
William N. Reed (MS Bar No. 4689)
Amy L. Champagne (MS Bar No. 102447)
James L. Jones (MS Bar No. 3214)
Ashley C. Tullos (MS Bar No. 101839)
D. Sterling Kidd (MS Bar No. 103670)
Michael V. Bernier (MS Bar No. 103960)
Samuel Gregory (MS Bar No. 104563)
BAKER, DONELSON, BEARMAN,
  CALDWELL & BERKOWITZ, PC
P. O. Box 14167
Jackson, MS  39236
Telephone (601) 351-2410
Facsimile  (601) 592-2410
ryarborough@bakerdonelson.com
wreed@bakerdonelson.com
achampagne@bakerdonelson.com
jjones@bakerdonelson.com
atullos@bakerdonelson.com
skidd@bakerdonelson.com
mbernier@bakerdonelson.com
sdgregory@bakerdonelson.com

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court using the ECF system, which served a copy upon registered participants.

This the 3rd day of January, 2017.

*s/Michael V. Bernier*
MICHAEL V. BERNIER