IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

**DOROTHY ABNER, *et al.***                                                        **PLAINTIFFS**

V.                                  **CIVIL ACTION NO. 2:14-CV-63-KS-MTP**

**HERCULES, INC., *et al.***                                                 **DEFENDANTS**

## ORDER

On January 3, 2017, the Magistrate Judge entered his Report and Recommendations [127]. On January 17, 2017, Plaintiffs filed their objections [128]. This matter has been stayed pending the parties' execution of a settlement agreement, but they are ready to proceed with regard to some of the Plaintiffs' claims, as stated in the Court's Agreed Order [136] of May 23, 2017.

Therefore, Defendant shall respond to Plaintiff's objections to the Magistrate Judge's Report and Recommendations on or before **June 6, 2017**. If Plaintiffs wish to reply, they may do so on or before **June 13, 2017**.

SO ORDERED AND ADJUDGED this ___24th___ day of May, 2017.

                                                              ___s/Keith Starrett_____
                                                              UNITED STATES DISTRICT JUDGE